UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 24-CR-144 (LLA) |
| | : | |
| DEANGELO LORENZO LEWIS, | : | |
| | : | |
| Defendant. | : | |

### VERDICT FORM

We, the Jury, hereby return this unanimous verdict in the above-captioned case:

### COUNT ONE

With respect to Count One, Conspiracy to Commit Bank Fraud, how do you find Defendant DEANGELO LORENZO LEWIS?

_____                    ✓
Not Guilty                         _____
                                   Guilty

### COUNT TWO

With respect to Count Two, Possession with the Intent to Distribute Marijuana, how do you find Defendant DEANGELO LORENZO LEWIS?

_____                    ✓
Not Guilty                         _____
                                   Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT TWO, YOU MUST NOT CONSIDER COUNT FOUR.**

**IF YOU FIND THE DEFENDANT GUILTY OF COUNT TWO, YOU MUST CONSIDER COUNT FOUR.**

## COUNT THREE

With respect to Count Three, Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year on or about October 3, 2023, how do you find Defendant DEANGELO LORENZO LEWIS?

_____        _____✓_____
Not Guilty                                           Guilty

**IF YOU FIND THE DEFENDANT NOT GUILTY OF COUNT THREE, YOU MUST NOT CONSIDER COUNT FOUR.**

**IF YOU FIND THE DEFENDANT GUILTY OF BOTH COUNT TWO AND COUNT THREE, YOU MUST CONSIDER COUNT FOUR.**

## COUNT FOUR

With Respect to Count Four, Using or Carrying a Firearm During and in Relation to, or Possessing a Firearm in Furtherance of, a Drug Trafficking Offense on or about October 3, 2023, how do you find Defendant DEANGELO LORENZO LEWIS?

_____✓_____                _____
Not Guilty                                           Guilty

SO SAY WE ALL, this 28 day of February 2025.

**CONFIDENTIAL**